```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

DANTE BENJAMIN,                    )
                                   )
           Plaintiff,              )
                                   )
     v.                            )
                                   )   C.A. No. 24-10843-PBS
JUDGE PATRICIA GORMAN and          )
MASSACHUSETTS DEPARTMENT OF        )
REVENUE AND CHILD SUPPORT,         )
                                   )
           Defendants.             )
```

**ORDER**

**May 17, 2024**

Saris, D.J.

In this closed action, pro se litigant Dante Benjamin challenged the validity and enforcement of state court child support orders. On May 10, 2024, the Court dismissed this action for failure to state a claim upon which relief may be granted and jurisdictional issues. (Docket Nos. 22, 23).

On May 13, 2024, the Court received two motions and three other documents from Benjamin: Motion to Proceed with Civil Suit Expeditiously and Request for Default Entry (Docket No. 25); Motion for Permission to E-File (Docket No. 26); letter to the Court regarding a Notice of Default Entry (Docket No. 27); Cease and Desist Letter, Notice of Demand for Personal Responsibility Contract, and Demand to Cease and Desist from Unlawfully Garnishing Wages directed at federal and state agencies (Docket

No. 28); and, letter to the Clerk concerning a Notice of Default Entry (Docket No. 29).

The legal and factual arguments Benjamin sets forth in these documents do not provide a basis for the Court to disturb its May 10, 2024 judgment dismissing this action.  In addition, the requests to expedite this action, for leave to file electronically, and to enter a notice of default are moot.  Further, even if the case had not been dismissed, entry of notice of default would have been improper.  Because summonses had not issued, the defendants were not under any obligation to respond to the complaint.

Accordingly, the Court hereby orders:

1. All pending motions are DENIED as moot.

2. Benjamin shall not file any further documents in these actions, with the exception of a notice of appeal.  At the Clerk's discretion, the Clerk may return to Benjamin documents submitted in violation of this order.  If the Clerk accepts documents submitted in violation of this order, said documents shall not be docketed as motions (even if Benjamin designates them as such), and the Court will not take any action on them.

3.   Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that any appeal of the dismissal of this action or of this order would not be taken in good faith.

SO ORDERED.

                                        /s/ Patti B. Saris
                                        PATTI B. SARIS
                                        UNITED STATES DISTRICT JUDGE